IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONDRE POWELL,<br>*individually, and on behalf of others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>TREADMAXX TIRE DISTRIBUITORS, INC.,<br><br>    Defendant. | Civil Action File No.:<br><br>1:21-cv-03062-SDG |

**ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE**

Upon consideration of the Parties' Joint Motion for Approval of FLSA Settlement Agreement ("Joint Motion"), the Court hereby GRANTS the Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Court has sufficient information to conclude that the settlement represents a fair, reasonable and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

2. The Court finds that the settlement was the product of arms' length negotiations between competent counsel for the Parties.

WEREFORE, the Court hereby ORDERS that the Joint Motion be and is GRANTED; the settlement is APPROVED; and the claims of Plaintiff and all Opt-in Plaintiffs are DISMISSED WITH PREJUDICE. The Parties will bear costs and fees in accordance with the terms of the Parties' settlement.

So ordered this 6th day of September 2022.

STEVEN D. GRIMBERG
United States District Judge